UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

UNITED STATES OF AMERICA           :        <u>MISDEMEANOR INFORMATION</u>

        -v.-                       :        07 Cr.

KATTI L. GUINYARD,                 :

        Defendant.                 :

-----------------------------------X

<u>COUNT ONE</u>

The United States Attorney charges:

In or about October, 2006, in the Southern District of
New York and elsewhere, KATTI L. GUINYARD, the defendant, being
an agent and employee of a national bank and insured bank, the
deposits of which are insured by the Federal Deposit Insurance
Corporation, unlawfully, willfully, and knowingly, did embezzle,
abstract, purloin and willfully misapply money and funds of such
bank, and money, funds, and assets intrusted to the custody and
care of such bank, to wit, GUINYARD, a teller operations
supervisor at a Bank of America, N.A. branch located in New York,
New York (the "Bank"), stole an amount less than $1,000 from a
Bank cash box and then concealed her theft by taking cash from



the Bank vault and placing it in the cash box, and by falsifying

Bank records.

      (Title 18, United States Code, Section 656.)

MICHAEL J. GARCIA
United States Attorney

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**KATTI L. GUINYARD,**

**Defendant.**

**Misdemeanor Information**
07 Cr. (____)

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.