# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street–10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

December 21, 2007

**BY HAND DELIVERY**



Hon. Douglas F. Eaton,
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York NY 10007

   Re: **United States v. Katti L. Guinyard**
     **No. 07 Cr. 780 (DFE)**
     **Request for Waiver of Restitution Interest**

Dear Judge Eaton:

   On December 5, 2007, the Court sentenced Ms. Guinyard to,
*inter alia*, $20,000 in restitution. At the time, I neglected to
request that the Court waive the interest on that amount. <u>See</u> 18
U.S.C. § 3612(f) (interest accrues on restitution amounts that
exceed $2,500, unless the Court finds that the "defendant does not
have the ability to pay interest" and waives it).

   As indicated in the presentence report, Ms. Guinyard clearly
lacks the ability to pay interest on the restitution order and,
given the modest payment schedule set by the Court, it is likely
that, if the interest is not waived, the interest on the balance
will exceed the amount she repays. Thus, the restitution balance
will grow, instead of decreasing, over time.

   Accordingly, the Court should waive the interest on the
restitution in this case.

*1/9/08 — My original sentence,*
*at page 4, waived the interest*
*for the "fine" (there was no fine)*
*but neglected to check*
*that it was also waived for*
*the restitution. That error is corrected in the Amended Judgment*
*signed by me today.*

Very truly yours,

**STEVEN M. STATSINGER**
Assistant Federal Defender
Tel.: (212) 417-8736

*Douglas F. Eaton*

AUSA Leo Renzin